not be dismissed for lack of prosecution for failure to comply with Rule 16 of the Rhode Island Supreme Court.

No cause having been shown, the plaintiffs' appeal is hereby dismissed. *John G. Coffey, Jr.* for plaintiffs. *Emilio D. Iannuccillo, John P. Cooney, Jr.*, for defendants.

Appeal No. 76-135.   ADOLFO P. DiSANDRO *v.* NELSON CONSTRUCTION CO., INC. The above-entitled matter came on to be heard on February 6, 1978, to show cause why it should not be dismissed for lack of prosecution for failure to comply with Rule 16 of the Rhode Island Supreme Court.

No cause having been shown, the plaintiff's appeal is hereby dismissed. *Paul C. Borges*, for plaintiff. *James J. McGair*, for defendant.

Appeal No. 76-304.   HAXTON'S OF RIVERSIDE *v.* DEEB G. SARKAS, *Liquor Control Administrator of the State of Rhode Island.* The above-entitled matter came on to be heard on February 6, 1978, to show cause why it should not be dismissed for lack of prosecution for failure to comply with Rule 16 of the Rhode Island Supreme Court.

No cause having been shown, the defendant's appeal is hereby dismissed. *John G. Coffey, Jr.*, for plaintiff. *John H. Hines, Jr.*, for defendant.

Appeal No. 77-2.   DORIS M. DiORIO *v.* RUSSELL A. DiORIO. The above-entitled matter came on to be heard on February 6, 1978, to show cause why it should not be dismissed for lack of prosecution for failure to comply with Rule 16 of the Rhode Island Supreme Court.

No cause having been shown, the respondent's appeal is hereby dismissed. *Harry J. Hoopis*, for petitioner. *Frank Caprio*, for respondent.

April 13, 1978.

M. P. No. 78-110.   IN RE: STEPHAN SMITH. The petition for writ of certiorari is hereby granted and the writ shall issue